**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

SELCUK DOGAN,

Plaintiff,

v.

JOSEPH B. EDLOW, Director U.S. Citizenship and Immigration Services,

Defendant.

CIVIL ACTION NO.: 4:26-cv-114

**ORDER**

Plaintiff filed this case on April 30, 2026. (Doc. 1.) Before the Court is Plaintiff's Notice of Voluntary Dismissal, in which he states his intent to dismiss this case with prejudice. (Doc. 6.) Defendant has not filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITH PREJUDICE**. (See id.) The Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 29th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA